422 A.2d 700

Commonwealth v. Lawrence, Appellant.

Submitted April 12, 1979.   H. Patrick McFalls, for appellant;   Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

422 A.2d 700

Commonwealth v. Pratt, Appellant.
Reargument Denied Oct. 16, 1980.

Argued April 9, 1979.   Sally Frick, for appellant;   Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.